ALLEN F. SIMMONS v. GENERAL MOTORS CORPORATION,
OLDSMOBILE DIVISION.

July 31, 1980.

Leave to appeal is granted and the July 11, 1980 and July 16, 1980 orders of the Appellate Division are summarily vacated except as to paragraph one of the order of July 11, 1980; and it is further

ORDERED that the Appellate Division is to accelerate the appeal now pending in that court; and it is further

ORDERED that the Superior Court, Chancery Division, Bergen County, accelerate the matter of *Venturi v. General Motors Corporation* (C–3206–79E); and it is further

ORDERED that jurisdiction is not retained.

COMMUNITY DEFENSE COMMITTEE v. BOARD OF EDUCATION
OF THE SCHOOL DISTRICT OF SOUTH ORANGE
AND MAPLEWOOD.

August 28, 1980.

Leave to appeal is granted, and that portion of the order of the Superior Court, Appellate Division dated August 29, 1980, imposing a stay is, hereby, summarily vacated. Jurisdiction is not retained.

ALEXANDER STOYANOV v. BOARD OF REVIEW.

September 2, 1980.

Petition for certification denied.